IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADRIAN MARTINEZ,<br><br>　　　　Petitioner,<br><br>v.<br><br>DON WHITMIRE, Acting Hospital Administrator,<br><br>　　　　Respondent. | **8:20CV271**<br><br>**ORDER** |
| ADRIAN MARTINEZ,<br><br>　　　　Petitioner,<br><br>v.<br><br>DON WHITMIRE, Acting Hospital Administrator,<br><br>　　　　Respondent. | **8:20CV272**<br><br>**ORDER** |

　　　　This matter is before the court on Respondent Don Whitmire's Motion for a Court Order Authorizing Production of State Court Records. (Filing 19, Case No. 8:20cv271; Filing 20, Case No. 8:20cv272). Upon consideration,

　　　　IT IS ORDERED THAT:

　　　　1.　　Respondent's motion (Filing 19, Case No. 8:20cv271; Filing 20, Case No. 8:20cv272) is granted.

　　　　2.　　For the limited purpose of this case, pursuant to Neb. Rev. Stat. § 71-961(1)(e), the Clerk of the District Court for Douglas County and/or the Clerk of the

Mental Health Board of the Fourth Judicial District of Douglas County, Nebraska, shall disclose and produce, to Respondent's counsel, certified copies of all records from the Mental Health Board of the Fourth Judicial District relating to the case of *In the Interest of Adrian Martinez, Alleged to be a Dangerous Sex Offender*, Case No. 54,236, so that Respondent may submit those records to this court during the course of the instant federal habeas corpus action. To the extent they exist, the scope of the records to be produced includes any document in the Douglas County District Court deriving from or related to any appeal in *In the Interest of Adrian Martinez, Alleged to be a Dangerous Sex Offender*, Case No. 54,236

Dated this 6th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge