# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADRIAN MARTINEZ,<br><br>　　Petitioner,<br><br>v.<br><br>DON WHITMIRE, Acting Hospital Administrator,<br><br>　　Respondent. | **8:20CV271**<br><br><br>**ORDER** |
| ADRIAN MARTINEZ,<br><br>　　Petitioner,<br><br>v.<br><br>DON WHITMIRE, Acting Hospital Administrator,<br><br>　　Respondent. | **8:20CV272**<br><br><br>**ORDER** |

　　IT IS ORDERED that:

　　1.　Respondent's Motion for Permission to Seal Partial Designation of State Court Records (filing 29, Case No. 8:20CV271; filing 27, Case No. 8:20CV272) is granted.

2. Respondent's Partial Designation of State Court Records (filing 30, Case No. 8:20CV271; filing 28, Case No. 8:20CV272) shall be filed under seal.

3. Respondent has until July 28, 2021, to file his answer and separate brief. The Clerk of Court is directed to set a pro se case management deadline using the following text: **July 28, 2021**: check for Respondent's answer and separate brief.

Dated this 30th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge