IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADRIAN MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>DON WHITMIRE, Acting Hospital Administrator,<br><br>Respondent. | 8:20CV271<br><br><br><br>ORDER |
| ADRIAN MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>DON WHITMIRE, Acting Hospital Administrator,<br><br>Respondent. | 8:20CV272<br><br><br><br>ORDER |

IT IS ORDERED that:

1. Respondent's Motion to Extend Deadline (filing 40, Case No. 20cv271; filing 38, Case No. 8:20cv272) is granted and the deadline for Respondent to file his Answer and Brief in Support is extended to August 10, 2021. Respondent's Answer

and Brief in Support (filings 42 & 43, Case No. 20cv271; filings 40 & 41, Case No. 8:20cv272) filed on August 10, 2021, are deemed timely.

2. Respondent's Motion to Restrict (filing 41, Case No. 20cv271; filing 39, Case No. 8:20cv272) is granted. Respondent's Answer (filing 42, Case No. 20cv271; filing 40, Case No. 8:20cv272) and Brief in Support (filing 43, Case No. 20cv271; filing 41, Case No. 8:20cv272) shall be filed under restricted access.

3. Petitioner is advised that his brief in response to Respondent's Answer and Brief in Support is due on September 9, 2021.

4. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **September 9, 2021**: Petitioner's brief in response due.

Dated this 12th day of August, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge