IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADRIAN MARTINEZ, | **8:20CV271** |
| Petitioner, | |
| v. | **ORDER** |
| DON WHITMIRE, Acting Hospital Administrator, | |
| Respondent. | |
| ADRIAN MARTINEZ, | **8:20CV272** |
| Petitioner, | |
| v. | **ORDER** |
| DON WHITMIRE, Acting Hospital Administrator, | |
| Respondent. | |

Upon consideration,

IT IS ORDERED that: Respondent's Motion for Leave to File Supplemental Designation of State Court Records (filing 58, Case No. 8:20CV271; filing 56, Case No. 8:20CV272) is granted.

Dated this 7th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge