IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADRIAN MARTINEZ, | 8:20CV271 |
| Petitioner, | |
| v. | ORDER |
| DON WHITMIRE, Acting Hospital Administrator, | |
| Respondent. | |
| ADRIAN MARTINEZ, | 8:20CV272 |
| Petitioner, | |
| v. | ORDER |
| DON WHITMIRE, Acting Hospital Administrator, | |
| Respondent. | |

IT IS ORDERED that:

1.  Respondent's Motion for Permission to Seal Supplemental Designation of State Court Records (filing 67, Case No. 8:20CV271; filing 65, Case No. 8:20CV272) is granted. Respondent's Supplemental Designation of State Court

Records (filing 68, Case No. 8:20CV271; filing 66, Case No. 8:20CV272) shall be filed under seal.

2. Respondent's Motion to Extend Deadline (filing 69, Case No. 8:20CV271; filing 67, Case No. 8:20CV272) is granted. Respondent's Amended Answer (filing 72, Case No. 8:20CV271; filing 70, Case No. 8:20CV272) and Supplemental Initial Brief (filing 73, Case No. 8:20CV271; filing 71, Case No. 8:20CV272), filed on March 21, 2022, are deemed timely.

3. Respondent's Motion for Permission to Restrict (filing 70, Case No. 20cv271; filing 68, Case No. 8:20cv272) is granted. Respondent's Amended Answer (filing 72, Case No. 20cv271; filing 70, Case No. 8:20cv272) and Supplemental Initial Brief (filing 73, Case No. 20cv271; filing 71, Case No. 8:20cv272) shall be filed under restricted access.

4. Respondent's Motion for Permission to Exceed the Word Limit in his Supplemental Initial Brief in Support of Amended Answer (filing 71, Case No. 20cv271; filing 69, Case No. 8:20cv272) is granted.

5. Petitioner is advised that he has until **April 20, 2022**, to file and serve his brief in response to Respondent's Amended Answer and Brief. Petitioner must not submit any other documents unless directed to do so by the court.

6. The Clerk of Court is directed to set a pro se case management deadline using the following text: **April 20, 2022**: Petitioner's brief due.

Dated this 28th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge