IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADRIAN MARTINEZ,<br><br>    Petitioner,<br><br>v.<br><br>DON WHITMIRE, Acting Hospital Administrator,<br><br>    Respondent. | **8:20CV271**<br><br><br>**ORDER** |
| ADRIAN MARTINEZ,<br><br>    Petitioner,<br><br>v.<br><br>DON WHITMIRE, Acting Hospital Administrator,<br><br>    Respondent. | **8:20CV272**<br><br><br>**ORDER** |

Upon consideration,

IT IS ORDERED that:

1. Respondent's Motion to Extend Deadline to File Reply Brief (filing 85, Case No. 8:20CV271; filing 83, Case No. 8:20CV272) is granted.

Respondent's Reply Brief (filing 86, Case No. 8:20CV271; filing 84, Case No. 8:20CV272) filed on August 12, 2022, is deemed timely.

2. This matter is now fully submitted and ripe for decision. The court will issue a decision on the habeas petition and Petitioner's pending motion for an evidentiary hearing (filing 80, Case No. 8:20CV271; filing 78, Case No. 8:20CV272) in due course.

Dated this 18th day of August, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge